UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                         CHAPTER 13 CASE

Paul Joseph Laporte                     CASE NO. 09-50716

                  Debtor.                       ORDER
_____

        This case is before the court pursuant to 11 U.S.C. § 362. Based upon the affidavit of default and the court being advised in the premises,

        IT IS ORDERED: U.S. Bank, N.A., its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage dated April 12, 2002, executed by Paul J. LaPorte, single and Catherine F. Baldwin, single, recorded as Document No. 00853719, covering real property located in St. Louis County, Minnesota, legally described as:

> Lots Twenty-six (26) and Twenty-seven (27), Block Five (5), Norton's Fairmount Park Division of Duluth, located in the County of St. Louis, State of Minnesota.

and may pursue its remedies under state law in connection with the mortgage deed. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

September 23, 2010_____          /e/ Robert J. Kressel_____
Dated                                                 United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/23/2010*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk